UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:09-cr-277-T-30TGW

ANTONIO BOYD

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the United States' Motion for Entry of a Preliminary Order of Forfeiture (Doc. 49), which, at sentencing, will be a final order of forfeiture as to defendant Antonio Boyd's right, title, and interest in the following firearm and ammunition:

    a.    One EIG Cutlery, four-barreled, pepperbox type pistol, Serial Number A05281; and

    b.    Eight (8) rounds of Winchester .22 caliber ammunition.

Being fully advised in the premises, the Court finds as follows:

WHEREAS, the defendant has been convicted as charged in Count One of the Indictment, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e); and

WHEREAS, the United States has established the requisite *nexus* between the defendant's crime of conviction, as charged in Count One of the Indictment, and the property identified above, the government is now entitled to possession of the firearm and ammunition, pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2).

Accordingly, it is hereby

        **ORDERED**, **ADJUDGED**, and **DECREED** that:

        1.      The Motion of the United States (Doc. 49) is hereby **GRANTED**.

        2.      Pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), all right, title, and interest of defendant Antonio Boyd in the firearm and ammunition identified above are hereby CONDEMNED and FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 28 U.S.C. § 2461(c).

        3.      The Court retains jurisdiction to enter any orders necessary for the forfeiture and disposition of the firearm and ammunition, and to address any third party interests that may be asserted in an ancillary proceeding.

        **DONE** and **ORDERED** in Tampa, Florida on March 15, 2010.

                                                                         JAMES S. MOODY, JR.
                                                                       UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

S:\Odd\2009\09-cr-277.forfeiture.Boyd.wpd