UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                      CASE NO. 8:09-cr-277-T-30TGW

ANTONIO BOYD

### FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture (Doc. 69), pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(c)(2), for the following firearm and ammunition:

a. One EIG Cutlery, four-barreled, pepperbox type pistol, Serial Number A05281; and

b. Eight (8) rounds of Winchester .22 caliber ammunition.

The Court, being fully advised in the premises, hereby finds as follows:

1. On March 15, 2010, the Court entered the Preliminary Order of Forfeiture, forfeiting to the United States of America all of the defendant's interest in the firearm and ammunition identified above. (Doc. 50).

2. On September 1, 2010, defendant Antonio Boyd was sentenced, and the forfeiture of the firearm and ammunition was included in the Judgment. (Docs. 66, 67).

3. In accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of the firearm and ammunition, on the official government website, www.forfeiture.gov, from March 25, 2010 through April 23, 2010. (Doc. 56). This publication gave notice to all third parties with a potential legal interest in the firearm and ammunition to file with the Clerk of the Court, U.S. District Court, Sam Gibbons Federal Courthouse, 801 North Florida Avenue, 2nd Floor, Tampa, FL 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

4. No persons or entities, other than the defendant, Antonio Boyd, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, are known to have an interest in the firearm and ammunition. No third party has filed a petition or claimed an interest in the firearm and ammunition, and the time for filing such a petition has expired.

5. The Court finds that the firearm and ammunition are the property of defendant Antonio Boyd.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Doc. 69) is **GRANTED**. It is FURTHER ORDERED that all right, title and interest in the firearm and ammunition are CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. §

2461(c) for disposition according to law.

Clear title to the firearm and ammunition is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on September 15, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2009\09-cr-277.forfeit 69.wpd